UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MICHAEL FRED CRUM | )   CASE NO. 07-01540-AJM-13 |
| | ) |
| | ) |
| Debtors. | ) |

### MOTION TO SUSPEND PLAN PAYMENT

Comes now Debtor, by counsel, Mark S. Zuckerberg, and in support of his Motion to Suspend Plan Payment would represent to the Court as follows:

1. Debtor filed a petition for Chapter 13 Bankruptcy protection on March 2, 2007.

2. Debtor will be unable to make a payment under his Chapter 13 plan for three (3) months. Debtor had surgery on 4/21/2008 and will be off work for 3 months.

3. Starting 8/2008, Debtor shall pay $360.00 per month for 15 months.

4. Thereafter, payments per confirmed plan shall resume in the amount of $800.00 per month until plan end.

4. Debtor's plan base will remain the same at $33,000.

WHEREFORE, Debtor requests that the Court enter an Order suspending the Debtors' Chapter 13 plan payment through July 2008 and for all other appropriate relief.

Respectfully submitted,

/s/ Mark S. Zuckerberg
Mark S. Zuckerberg, 13815-49
333 N. Pennsylvania St. Ste. 100
Indianapolis, IN 46204
(317) 687-0000

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that a copy of the foregoing pleading was served upon the following by electronic mail or first class United States mail, postage prepaid, this 13th day of May 2008:

U.S. Trustee

Chapter 13 Trustee

Michael Crum
3407 W. Reba Ave.
Bloomington, IN 47403

                                                    /s/ Mark S. Zuckerberg
                                                    Mark S. Zuckerberg, 13815-49
                                                  333 N. Pennsylvania St. Ste. 100
                                                    Indianapolis, IN 46204
                                                    (317) 687-0000