UNITED STATES BANKUPTCY COURT
**INDIANA - Southern District (Indianapolis)**

In re: )
) Case No. 07-01540
Michael Fred Crum )
)

NOTICE OF TRANSFER OF CLAIM NO. 3

The undersigned hereby gives notice of the assignment and transfer of the above filed claim and submits the following information:

Name and address of transferor (original claimant):

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501


Name and address of transferee: Wilshire Credit Corporation
PO Box 8517
Portland, OR 97207
Account No. xxx1705

Amount of claim being transferred $59,256.48.

This transfer is unconditional.


/s/ Anita Frank
Wilshire Credit Corporation