UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| MICHAEL FRED CRUM | ) | Case No. 07-01540-AJM-13 |
| | ) | |
| Debtor(s). | ) | |

## DEBTOR(S) OBJECTION TO TRUSTEE'S MOTION TO DISMISS

Comes now Debtor(s), by counsel, and hereby file their Objection to the Motion to Dismiss, and in support thereof state the following:

1. Debtor filed his petition pursuant to Chapter 13 on March 2, 2007.

2. Debtor is working on a motion to modify become current in his Chapter 13 plan payments or he will convert his case to a Chapter 7.

3. For the foregoing reasons, the Trustee's Motion to Dismiss should be denied.

WHEREFORE, the Debtor hereby objects to the Trustee's Motion to Dismiss and for all other relief just and proper in the premises.

Respectfully Submitted,

/s/ Mark S. Zuckerberg
Mark S. Zuckerberg #13815-49
333 N. Pennsylvania Street
Suite 100
Indianapolis, IN 46204

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing pleading was served upon the following by electronic filing, this 21st day of October 2009.

U.S. Trustee
Ann DeLaney, Trustee

/s/ Mark S. Zuckerberg
Mark S. Zuckerberg #13815-49